# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 5:22-CR-00257 |
| | : |
| KENNETH SCHMIDT | : |

## ORDER

**AND NOW**, this 14th day of June, 2024, upon consideration of an unopposed request from Assistant United States Attorney Jeanette Kang;

**IT IS HEREBY ORDERED** that the Clerk of Court is **DIRECTED TO UNSEAL** the docket entry at ECF No. 43 "Minute Entry for proceedings held on 3/28/24 before DISTRICT JUDGE JOHN M. GALLAGHER in Courtroom 4B-ALLENTOWN as to DEFENDANT KENNETH SCHMIDT".

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge